UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                    Case No. 8:03-CR-314-T-30TBM

SHANNON A. SANDERS
_____/

# ORDER

**THIS CAUSE** came on to be considered upon Defendant's Directions to the Clerk (Dkt. #32), which this Court construes as a motion for transcripts. The Defendant is requesting to proceed *in forma pauperis* (Dkt. #33) and for this Court to provide her, free of charge, a copy of her sentencing transcript.

A federal prisoner seeking to collaterally attack his conviction is not automatically entitled to free transcripts. United States v. MacCollom, 426 U.S. 317, 325-326 (1976). To be entitled to a transcript, the prisoner must show a particularized need. That is, he must identify a non-frivolous issue for which the transcript is necessary. Here, the Defendant has not identified such an issue.

It is therefore ORDERED AND ADJUDGED that:

1. Defendant's Motion for Transcripts (Dkt. #32) is DENIED without prejudice. Once Defendant identifies a particularized need for such transcript, the issue will be reconsidered by this Court.

2. Defendant's Motion to Proceed *In Forma Pauperis* is found to be MOOT.

**DONE** and **ORDERED** in Tampa, Florida on November 16, 2007.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
Counsel/Parties of Record

F:\Docs\2003\03-cr-314.no free copies 33.wpd