# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### TAMPA DIVISION

**UNITED STATES OF AMERICA**

**v.**                                                    **Case No. 8:03-CR-314-T-30TBM**

**SHANNON A. SANDERS**
_____/

## <u>ORDER</u>

**THIS CAUSE** came on to be considered upon Defendant's Motion for Transcripts and Sentencing/Judgment Order (Dkt. #35).  The Defendant is requesting to proceed *in forma pauperis* (Dkt. #36) and for this Court to provide her, free of charge, a copy of her sentencing transcript.  Defendant's final supervised release revocation hearing was conducted by this Court on February 25, 2004.

A federal prisoner seeking to collaterally attack his conviction is not automatically entitled to free transcripts.  <u>United States v. MacCollom</u>, 426 U.S. 317, 325-326 (1976).  To be entitled to a transcript, the prisoner must show a particularized need.  That is, a defendant must identify a non-frivolous issue for which the transcript is necessary.  Here, the Defendant has not identified such an issue.

It is therefore ORDERED AND ADJUDGED that:

1.      Defendant's Motion for Transcripts and Sentencing/Judgment Order (Dkt. #35) is DENIED without prejudice.  Once Defendant identifies a particularized need for such transcript, the issue will be reconsidered by this Court.

2.      Defendant's Motion to Proceed *In Forma Pauperis* (Dkt. #36) is found to be

MOOT.

**DONE** and **ORDERED** in Tampa, Florida on December 7, 2007.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
Counsel/Parties of Record

F:\Docs\2003\03-cr-314.no free copies 35.wpd